FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Nina Olson   v. Merit Systems Protection Board

No. 15-3023-VW

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   Nina Olson
                                     Name of party

I am, or the party I represent is (select one):

[✓] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Robert S. Horwitz
Law firm: Law Offices of A. Lavar Taylor
Address: 3 Hutton Centre Drive, Suite 500
City, State and ZIP: Santa Ana, CA 92707
Telephone: (714)546-0445
Fax #: (714)546-2604
E-mail address: rhorwitz@taylorlaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/02/1994

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Nov. 3, 2014                            /s/ Robert S. Horwitz
Date                                    Signature of pro se or counsel

cc: _____

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on November 5, 2014 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
  (by email or CM/ECF)

| | |
|---|---|
| Robert S. Horwitz | /S/ |
| Name of Counsel | Signature of Counsel |

Law Firm: Law Offices of A. Lavar Taylor

Address: 3 Hutton Centre Drive, Suite 500

City, State, ZIP: Santa Ana, CA 92707

Telephone Number: (714)546-0445

FAX Number: (714)546-2604

E-mail Address: rhorwitz@taylorlaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.